| Statement of Earnings For: | **Celissa Wilson** | | | | Hasen EmployeeCo LLC Desc Main |
|---|---|---|---|---|---|

| Employee #: | 10105 | Company | 3 | Period Begin | 12/21/2025 | Check Date | 1/9/2026 | 2900 Photo Ave. |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 0 | Period End: | 1/4/2026 | Pay Type: | Salary (Variable | Fort Worth, TX 76107 |
| Company Id: | CN460833 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| **Voucher Id** | **Check Amount** | **Gross Pay** | **Net Pay** | **Check Message** |
|---|---|---|---|---|
| V28388943 | $0.00 | $2,884.62 | $1,990.43 | |

| **EARNINGS** | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | **TAXES** | | | **DEDUCTIONS** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary Variable | 40.0642 | 40.00 | 1,602.57 | 40.00 | 1,602.57 | SOC SEC EE | 139.44 | 139.44 | Dental Pre-tax | 59.57 | 59.57 |
| Holiday Variabl | 40.0642 | 32.00 | 1,282.05 | 32.00 | 1,282.05 | MED EE | 32.61 | 32.61 | Medical Pre-tax | 576.03 | 576.03 |
| *Safe Harb Match | | | 57.69 | 0.00 | 57.69 | | | | 401k Pre-Tax | 86.54 | 86.54 |
| *Unpaid Time Off | | 8.00 | | 8.00 | 0.00 | | | | | | |
| **Total:** | | 72.00 | 2,884.62 | 72.00 | 2,884.62 | **Total:** | 172.05 | 172.05 | **Total:** | 722.14 | 722.14 |

| **LEAVE ACCRUAL** | | | | **DISTRIBUTION OF NET PAY** | | |
|---|---|---|---|---|---|---|
| Accrual Type | | Accrued | Taken | Balance | Checking | Account: ####9574 | Deposit Amount: 1,990.43 |
| PTO | | 40.00 | 0.00 | -64.00 | | | |

Hasen EmployeeCo LLC
2900 Photo Ave.
Fort Worth, TX 76107

| **CHECK DATE** | **VOUCHER ID** |
|---|---|
| 1/9/2026 | V28388943 |

| **TOTAL NET PAY** |
|---|
| ******$1,990.43 |

Celissa Wilson
12713 Whispering Wind Drive
Godley, TX 76044

**NOT NEGOTIABLE**

# Employee Pay Details

## Hasen EmployeeCo LLC

### Celissa Wilson

For Pay Period:  12/22/2025 - 1/4/2026
Pay Date:        1/9/2026

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Salary Variable | 40.0642 | 40.00 | 1,602.57 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| Holiday Variabl | 40.0642 | 32.00 | 1,282.05 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | **72.00** | **2,884.62** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Safe Harb Match | | | 57.69 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| Unpaid Time Off | | 8.00 | 0.00 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | **8.00** | **57.69** | | | | |

# Employee Pay Details

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period:  12/22/2025 - 1/4/2026
Pay Date:          1/9/2026

Case 26-41239-elm7    Doc 7    Filed 03/20/26    Entered 03/20/26 13:25:30    Desc Main

Employee Pay Details

Hasen EmployeeCo LLC

Statement of Earnings For **Celissa Wilson**    **Hasen EmployeeCo LLC** Desc Main
2900 Photo Ave.
Fort Worth, TX 76107

| Employee #: | 10105 | Company | 3 | Period Begin: | 1/4/2026 | Check Date: | 1/23/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 0 | Period End: | 1/18/2026 | Pay Type: | Salary (Variable |
| Company Id: | CN460833 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V28498802 | $0.00 | $2,884.62 | $1,990.43 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary Variable | 36.0578 | 80.00 | 2,884.62 | 120.00 | 4,487.19 | SOC SEC EE | 139.44 | 278.88 | Dental Pre-tax | 59.57 | 119.14 |
| *Safe Harb Match | | | 57.69 | 0.00 | 115.38 | MED EE | 32.61 | 65.22 | Medical Pre-tax | 576.03 | 1,152.06 |
| Holiday Variabl | | | 0.00 | 32.00 | 1,282.05 | | | | 401k Pre-Tax | 86.54 | 173.08 |
| *Unpaid Time Off | | | 0.00 | 8.00 | 0.00 | | | | | | |
| **Total:** | | 80.00 | 2,884.62 | 152.00 | 5,769.24 | **Total:** | 172.05 | 344.10 | **Total:** | 722.14 | 1,444.28 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | | Accrued | Taken | Balance | | | |
| PTO | | 0.00 | 0.00 | 80.00 | Checking | Account: ####9574 | Deposit Amount: 1,990.43 |

Hasen EmployeeCo LLC
2900 Photo Ave.
Fort Worth, TX 76107

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/23/2026 | V28498802 |

| TOTAL NET PAY |
|---|
| ******$1,990.43 |

Celissa Wilson
12713 Whispering Wind Drive
Godley, TX 76044

**NOT NEGOTIABLE**

# Employee Pay Details
Document    Page 5 of 12

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period:  1/5/2026 - 1/18/2026
Pay Date:         1/23/2026

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Salary Variable | 36.0578 | 80.00 | 2,884.62 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | **80.00** | **2,884.62** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Safe Harb Match | | | 57.69 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | | **57.69** | | | | |

# Employee Pay Details
Document Page 6 of 12

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period:  1/5/2026 - 1/18/2026
Pay Date:          1/23/2026

Statement of Earnings For: **Celissa Wilson**                    **Hasen EmployeeCo LLC** 
2900 Photo Ave.
Fort Worth, TX 76107

| Employee #: | 10105 | Company | 3 | Period Begin: | 2/1/2026 | Check Date: | 2/20/2026 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 0 | Period End: | 2/15/2026 | Pay Type: | Salary (Variable |
| Company Id: | CN460833 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V28694155 | $0.00 | $2,884.62 | $1,990.43 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary Variable | 36.0578 | 64.00 | 2,307.70 | 231.00 | 8,511.06 | SOC SEC EE | 139.44 | 557.76 | Dental Pre-tax | 59.57 | 238.28 |
| PTO Variable | 36.0578 | 16.00 | 576.92 | 48.00 | 1,745.37 | MED EE | 32.61 | 130.44 | Medical Pre-tax | 576.03 | 2,304.12 |
| *Safe Harb Match | | | 57.69 | 0.00 | 230.76 | | | | 401k Pre-Tax | 86.54 | 346.16 |
| Holiday Variabl | | | 0.00 | 32.00 | 1,282.05 | | | | | | |
| *Unpaid Time Off | | | 0.00 | 8.00 | 0.00 | | | | | | |
| **Total:** | | 80.00 | 2,884.62 | 311.00 | 11,538.48 | **Total:** | 172.05 | 688.20 | **Total:** | 722.14 | 2,888.56 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####2827 | Deposit Amount: | 1,990.43 |
| PTO | 0.00 | 16.00 | 32.00 | | | | |

Hasen EmployeeCo LLC
2900 Photo Ave.
Fort Worth, TX 76107

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/20/2026 | V28694155 |

| TOTAL NET PAY |
|---|
| ******$1,990.43 |

Celissa Wilson
12713 Whispering Wind Drive
Godley, TX 76044

**NOT NEGOTIABLE**

# Employee Pay Details

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period: 2/2/2026 - 2/15/2026
Pay Date:       2/20/2026

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Salary Variable | 36.0578 | 64.00 | 2,307.70 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| PTO Variable | 36.0578 | 16.00 | 576.92 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | **80.00** | **2,884.62** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Safe Harb Match | | | 57.69 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | | **57.69** | | | | |

# Employee Pay Details

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period:  2/2/2026 - 2/15/2026
Pay Date:          2/20/2026

Case 26-41239-elm7    Doc 7    Filed 03/20/26    Entered 03/20/26 13:25:30    Desc Main

Employee Pay Details

Document    Page 9 of 12

Hasen EmployeeCo LLC

Statement of Earnings For **Celissa Wilson**

**Hasen EmployeeCo LLC** Desc Main
Document

| Employee #: | 10105 | Company | 3 | Period Begin: | | Check Date: | | 2900 Photo Ave. |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 0 | Period End: | 3/1/2026 | Pay Type: | Salary (Variable | Fort Worth, TX 76107 |
| Company Id: | CN460833 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V28813194 | $0.00 | $2,884.62 | $2,590.43 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary Variable | 36.0578 | 80.00 | 2,884.62 | 311.00 | 11,395.68 | SOC SEC EE | 139.44 | 697.20 | Dental Pre-tax | 59.57 | 297.85 |
| *Cell phone reim | | | 600.00 | 0.00 | 600.00 | MED EE | 32.61 | 163.05 | Medical Pre-tax | 576.03 | 2,880.15 |
| *Safe Harb Match | | | 57.69 | 0.00 | 288.45 | | | | 401k Pre-Tax | 86.54 | 432.70 |
| PTO Variable | | | 0.00 | 48.00 | 1,745.37 | | | | | | |
| Holiday Variabl | | | 0.00 | 32.00 | 1,282.05 | | | | | | |
| *Unpaid Time Off | | | 0.00 | 8.00 | 0.00 | | | | | | |
| **Total:** | | 80.00 | 2,884.62 | 391.00 | 14,423.10 | **Total:** | 172.05 | 860.25 | **Total:** | 722.14 | 3,610.70 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Accrued | Taken | Balance | Checking | Account: ####2827 | Deposit Amount: | 2,590.43 |
| PTO | 0.00 | 0.00 | 32.00 | | | | |

Hasen EmployeeCo LLC
2900 Photo Ave.
Fort Worth, TX 76107

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/6/2026 | V28813194 |

| TOTAL NET PAY |
|---|
| ******$2,590.43 |

Celissa Wilson
12713 Whispering Wind Drive
Godley, TX 76044

**NOT NEGOTIABLE**

# Employee Pay Details

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period: 2/16/2026 - 3/1/2026
Pay Date:        3/6/2026

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Salary Variable | 36.0578 | 80.00 | 2,884.62 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | **80.00** | **2,884.62** | | | | |

Reimbursements

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Cell phone reim | | | 600.00 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | | **600.00** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Projects-Jobs | Cost Codes | Company |
|---|---|---|---|---|---|---|---|
| Safe Harb Match | | | 57.69 | Job Cost Labor | Kelley Pointe | | Hasen OK LLC |
| | | | **57.69** | | | | |

# Employee Pay Details

Employee Pay Details

Hasen EmployeeCo LLC

**Celissa Wilson**

For Pay Period:  2/16/2026 - 3/1/2026
Pay Date:        3/6/2026