<u>Information to identify the case:</u>

| | | | |
|---|---|---|---|
| Debtor 1: | Coy Wilson | Social Security number or ITIN: | xxx–xx–3824 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | Celissa Wilson | Social Security number or ITIN: | xxx–xx–1551 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Northern District of Texas | | Date case filed for chapter:   7   3/20/26 | |
| Case number:   26–41239–elm7 | | | |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Coy Wilson | Celissa Wilson |
| 2. | **All other names used in the last 8 years** | dba 360 Roofing | |
| 3. | **Address** | 12713 Whispering Wind Dr Godley, TX 76044 | 12713 Whispering Wind Dr Godley, TX 76044 |
| 4. | **Debtor's attorney** Name and address | Clayton Everett 515 E. Border St. Ste 163 76010 Arlington, TX 76010 | Contact phone 817–704–3984  Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Roddrick Newhouse 401 Century Pkwy Unit 715 Allen, TX 75013 | Contact phone 469–777–6560 |

**For more information, see page 2 >**

Debtor **Coy Wilson** and **Celissa Wilson**                                 Case number **26–41239–elm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street Fort Worth, TX 76102 | Hours open: Mon.–Fri. 8:30–4:30 |
|----|----|----|----|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 817–333–6000 Date: 3/20/26 |

| 7. **Meeting of creditors** | **April 29, 2026 at 09:00 AM** | Location: |
|----|----|----|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 813 822 9351, and Passcode 9957098007, OR call 1–469–784–9078** For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|----|----|----|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/29/26** |
|----|----|----|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|----|----|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|----|----|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|----|----|

United States Bankruptcy Court

Northern District of Texas

In re: | Case No. 26-41239-elm

Coy Wilson | Chapter 7

Celissa Wilson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: 309A | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Coy Wilson, Celissa Wilson, 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285696 | + | 360 Roofing and Restoration, Inc., 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285697 | + | ABC Supply, 201 Butcher Rd, Waxahachie, TX 75165-6077 |
| 23285698 | + | Adams, London & Weiss LLC, PO Box 4089, Sargent, TX 77404-4089 |
| 23285705 | + | Billd Exchange LLC, 3800 N. Lamar Blvd, Suite 210, Austin, TX 78756-0003 |
| 23285706 | + | Bodybar Pilates, 3236 W 7th St Suite A, Fort Worth, TX 76107-2749 |
| 23285707 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23285716 | + | Comenity Bank/Atylrlmc Caesars Credit Card, PO Box 182273, Columbus, OH 43218-2273 |
| 23285722 | + | Huntsman Building Solutions, 3315 E Division St, Arlington, TX 76011-6832 |
| 23285724 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23285727 | + | Kodiak Gutter Garage Doors, 1536 E Renfo St, Burleson, TX 76028-2206 |
| 23285734 | + | Oat Financial, 25 Kent Ave Ste 401, Brooklyn, NY 11249-1060 |
| 23285736 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23285739 | + | SRS Distribution, 1420 Forum Way, Fort Worth, TX 76140-5016 |
| 23285741 | + | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90078-0024 |
| 23285744 | + | Tax Division-US Dept. of Justice, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23285747 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23285750 | + | The Godley Gym, 505 State Hwy 171, Godley, TX 76044-4055 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Mar 20 2026 21:59:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FRBNEWHOUSE | Mar 21 2026 01:55:00 | Roddrick Newhouse, 401 Century Pkwy, Unit 715, Allen, TX 75013-8043 |
| 23285700 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 22:03:23 | AMEX, PO Box 650448, Dallas, TX 75265-0448 |
| 23285702 | ^ | MEBN | Mar 20 2026 21:55:46 | ARS National Service Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 23285699 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 22:03:15 | American Express - Consumer Credit Cards, PO Box 981535, El Paso, TX 79998-1535 |
| 23285701 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 20 2026 21:59:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 23285703 | ^ | MEBN | Mar 20 2026 21:55:04 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23285704 | + | EDI: TSYS2 | Mar 21 2026 01:55:00 | Barclays Bank/Old Navy, 125 S West St, Wilmington, DE 19801-5014 |
| 23285708 | + | EDI: AGFINANCE.COM | | |

| | | | |
|---|---|---|---|
| | | Mar 21 2026 01:55:00 | Brightway/Onemain, Attn: Bankruptcy, P.O. Box 59, Evansville, IN 47701-0059 |
| 23285709 | + EDI: CAPITALONE.COM | Mar 21 2026 01:55:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23285710 | + EDI: CAPITALONE.COM | Mar 21 2026 01:55:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23285711 | + EDI: CAPITALONE.COM | Mar 21 2026 01:55:00 | Capital One Bank - Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23285713 | + EDI: JPMORGANCHASE | Mar 21 2026 01:55:00 | Chase - Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23285714 | + EDI: JPMORGANCHASE | Mar 21 2026 01:55:00 | Chase Bank, Mail Code: OH4-7302 P.O. Box 24696, Columbus, OH 43224-0696 |
| 23285715 | + EDI: JPMORGANCHASE | Mar 21 2026 01:55:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23285718 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2026 22:03:16 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 23285719 | EDI: DISCOVER | Mar 21 2026 01:55:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 23285720 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 20 2026 21:59:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 23285721 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 20 2026 21:59:00 | Goldman Sachs Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 23285725 | + EDI: IRS.COM | Mar 21 2026 01:55:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23285726 | + EDI: JPMORGANCHASE | Mar 21 2026 01:55:00 | JP Morgan Chase Bank, 270 Park Ave., New York, NY 10017-2070 |
| 23285728 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2026 22:00:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23285729 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2026 22:00:00 | Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23285730 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2026 21:59:00 | Mr. Cooper, PO Box 818060 5801 Postal Rd, Cleveland, OH 44181-8060 |
| 23285732 | Email/Text: bankruptcy@nfm.com | Mar 20 2026 22:00:00 | Nebraska Furniture Mart Inc, 700 S 72nd Street, Omaha, NE 68114 |
| 23285733 | + EDI: NTXTOLWAY | Mar 21 2026 01:55:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23285731 | + Email/Text: bankruptcy@nfm.com | Mar 20 2026 22:00:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 23285735 | + Email/Text: emccain@pbfcm.com | Mar 20 2026 22:00:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23285737 | + Email/Text: bankruptcyteam@rocketmortgage.com | Mar 20 2026 22:00:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 23285738 | + Email/Text: bankruptcynotices@sba.gov | Mar 20 2026 21:59:00 | SBA - Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 23285742 | + EDI: SYNC | Mar 21 2026 01:55:00 | SYNCB/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 23285743 | EDI: SYNC | Mar 21 2026 01:55:00 | SYNCB/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 23285740 | Email/Text: pacer@cpa.state.tx.us | Mar 20 2026 22:00:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23285745 | ^ MEBN | Mar 20 2026 21:55:27 | Telecom Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 23285746 | Email/PDF: sabkr@texanscu.org | | |

District/off: 0539-4                          User: admin                                      Page 3 of 3
Date Rcvd: Mar 20, 2026                       Form ID: 309A                                  Total Noticed: 60

|  |  |  | Mar 20 2026 22:03:16 | Texans Credit Union, Attn: Bankruptcy, P.O.Box 853912, Richardson, TX 75085-3912 |
| 23285748 | + | Email/Text: bcd@oag.texas.gov | Mar 20 2026 22:00:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23285749 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 20 2026 22:00:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23285751 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 20 2026 22:00:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23285752 | + | Email/Text: bankruptcynotices@sba.gov | Mar 20 2026 21:59:00 | US Small Business Administration, Attn: Bankruptcy Attn: Bankruptcy, 409 3rd St , SW Floor 2, Washington, DC 20416-0005 |
| 23285753 | ^ | MEBN | Mar 20 2026 21:54:43 | Utility Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 23285754 |  | Email/Text: wclyne@voxfunding.com | Mar 20 2026 22:00:00 | VOX Funding LLC, 100 Park Avenue, 26th Floor, New York, NY 10017 |
| 23285755 | + | EDI: AGFINANCE.COM | Mar 21 2026 01:55:00 | Webbank/Om, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23285712 | *+ | Celissa Wilson, 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285717 | *+ | Coy Wilson, 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285723 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                    Signature:        /s/Gustava Winters