Certificate Number: 17572-TXN-DE-040897557

Bankruptcy Case Number: 26-41239



17572-TXN-DE-040897557

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2026</u>, at <u>11:12</u> o'clock <u>AM PDT</u>, <u>Coy Wilson Sr</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>April 24, 2026</u>          By:   <u>/s/Leigh-Anna M Thompson</u>

Name:   <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>