United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-41239-elm |
| Coy Wilson | Chapter 7 |
| Celissa Wilson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 02, 2026 | Form ID: 318 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Coy Wilson, Celissa Wilson, 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285696 | + | 360 Roofing and Restoration, Inc., 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285697 | + | ABC Supply, 201 Butcher Rd, Waxahachie, TX 75165-6077 |
| 23285698 | + | Adams, London & Weiss LLC, PO Box 4089, Sargent, TX 77404-4089 |
| 23285705 | #+ | Billd Exchange LLC, 3800 N. Lamar Blvd, Suite 210, Austin, TX 78756-0003 |
| 23285706 | + | Bodybar Pilates, 3236 W 7th St Suite A, Fort Worth, TX 76107-2749 |
| 23285707 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23285716 | + | Comenity Bank/Atylrlmc Caesars Credit Card, PO Box 182273, Columbus, OH 43218-2273 |
| 23285722 | + | Huntsman Building Solutions, 3315 E Division St, Arlington, TX 76011-6832 |
| 23285724 | + | Intuit Quickbooks, 2700 Coast Ave., Mountain View, CA 94043-1140 |
| 23285727 | + | Kodiak Gutter Garage Doors, 1536 E Renfo St, Burleson, TX 76028-2206 |
| 23285734 | + | Oat Financial, 25 Kent Ave Ste 401, Brooklyn, NY 11249-1060 |
| 23285736 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23285739 | + | SRS Distribution, 1420 Forum Way, Fort Worth, TX 76140-5016 |
| 23285744 | + | Tax Division-US Dept. of Justice, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23285747 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23285750 | + | The Godley Gym, 505 State Hwy 171, Godley, TX 76044-4055 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@nfm.com | Jul 02 2026 21:58:00 | Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept #08444, The Colony, TX 75056-5348 |
| cr | | Email/PDF: sabkr@texanscu.org | Jul 02 2026 22:03:40 | Texans Credit Union, C/O Asset Recovery & Fraud Services, P.O. Box 853912, Richardson, TX 75085-3912 |
| 23285700 | + | Email/PDF: bncnotices@becket-lee.com | Jul 02 2026 22:03:44 | AMEX, PO Box 650448, Dallas, TX 75265-0448 |
| 23285702 | ^ | MEBN | Jul 02 2026 21:57:31 | ARS National Service Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 23285699 | + | Email/PDF: bncnotices@becket-lee.com | Jul 02 2026 22:03:33 | American Express - Consumer Credit Cards, PO Box 981535, El Paso, TX 79998-1535 |
| 23285701 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 02 2026 21:58:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 23285703 | ^ | MEBN | Jul 02 2026 21:56:13 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23285704 | + | EDI: TSYS2 | | |

District/off: 0539-4         User: admin         Page 2 of 4

Date Rcvd: Jul 02, 2026         Form ID: 318         Total Noticed: 60

| | | | |
|---|---|---|---|
| | | Jul 03 2026 01:55:00 | Barclays Bank/Old Navy, 125 S West St, Wilmington, DE 19801-5014 |
| 23285708 | + EDI: AGFINANCE.COM | | |
| | | Jul 03 2026 01:55:00 | Brightway/Onemain, Attn: Bankruptcy, P.O. Box 59, Evansville, IN 47701-0059 |
| 23285709 | + EDI: CAPITALONE.COM | | |
| | | Jul 03 2026 01:55:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23285710 | + EDI: CAPITALONE.COM | | |
| | | Jul 03 2026 01:55:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23285711 | + EDI: CAPITALONE.COM | | |
| | | Jul 03 2026 01:55:00 | Capital One Bank - Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23285713 | + EDI: JPMORGANCHASE | | |
| | | Jul 03 2026 01:55:00 | Chase - Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23285714 | + EDI: JPMORGANCHASE | | |
| | | Jul 03 2026 01:55:00 | Chase Bank, Mail Code: OH4-7302 P.O. Box 24696, Columbus, OH 43224-0696 |
| 23285715 | + EDI: JPMORGANCHASE | | |
| | | Jul 03 2026 01:55:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23285718 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 02 2026 22:03:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 23285719 | EDI: DISCOVER | | |
| | | Jul 03 2026 01:55:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 23285720 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| 23285721 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 02 2026 21:58:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| | | Jul 02 2026 21:58:00 | Goldman Sachs Bank USA, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 23285725 | + EDI: IRS.COM | | |
| | | Jul 03 2026 01:55:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23285726 | + EDI: JPMORGANCHASE | | |
| | | Jul 03 2026 01:55:00 | JP Morgan Chase Bank, 270 Park Ave., New York, NY 10017-2070 |
| 23285728 | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Jul 02 2026 21:59:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23285729 | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Jul 02 2026 21:59:00 | Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23285730 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 02 2026 21:58:00 | Mr. Cooper, PO Box 818060 5801 Postal Rd, Cleveland, OH 44181-8060 |
| 23285732 | Email/Text: bankruptcy@nfm.com | | |
| | | Jul 02 2026 21:58:00 | Nebraska Furniture Mart Inc, 700 S 72nd Street, Omaha, NE 68114 |
| 23285733 | + EDI: NTXTOLWAY | | |
| | | Jul 03 2026 01:55:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23285731 | + Email/Text: bankruptcy@nfm.com | | |
| | | Jul 02 2026 21:58:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 23285735 | + Email/Text: emccain@pbfcm.com | | |
| | | Jul 02 2026 21:58:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23285737 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 02 2026 21:59:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 23285738 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Jul 02 2026 21:58:00 | SBA - Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 23285741 | Email/Text: bankruptcy@sunbit.com | | |
| | | Jul 02 2026 21:58:00 | Sunbit Financial, Attn:Bankruptcy PO Box 24010, Los Angeles, CA 90024 |
| 23285742 | + EDI: SYNC | | |
| | | Jul 03 2026 01:55:00 | SYNCB/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 23285743 | EDI: SYNC | | |
| | | Jul 03 2026 01:55:00 | SYNCB/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 23285740 | Email/Text: pacer@cpa.state.tx.us | | |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Jul 02, 2026 | Form ID: 318 | Total Noticed: 60

| | | Jul 02 2026 21:59:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23285745 | ^ MEBN | Jul 02 2026 21:57:00 | Telecom Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 23285746 | Email/PDF: sabkr@texanscu.org | Jul 02 2026 22:03:40 | Texans Credit Union, Attn: Bankruptcy, P.O.Box 853912, Richardson, TX 75085-3912 |
| 23285748 | + Email/Text: bcd@oag.texas.gov | Jul 02 2026 21:58:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23285749 | + Email/Text: collections.pacer@twc.texas.gov | Jul 02 2026 21:59:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23285751 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 02 2026 21:58:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23285752 | + Email/Text: bankruptcynotices@sba.gov | Jul 02 2026 21:58:00 | US Small Business Administration, Attn: Bankruptcy Attn: Bankruptcy, 409 3rd St , SW Floor 2, Washington, DC 20416-0005 |
| 23285753 | ^ MEBN | Jul 02 2026 21:55:40 | Utility Self-Reported, PO Box 4500, Allen, TX 75013-1311 |
| 23285754 | Email/Text: wclyne@voxfunding.com | Jul 02 2026 21:58:00 | VOX Funding LLC, 100 Park Avenue, 26th Floor, New York, NY 10017 |
| 23285755 | + EDI: AGFINANCE.COM | Jul 03 2026 01:55:00 | Webbank/Om, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC |
| 23285712 | *+ | Celissa Wilson, 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285717 | *+ | Coy Wilson, 12713 Whispering Wind Dr, Godley, TX 76044-1232 |
| 23285723 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | |

District/off: 0539-4           User: admin           Page 4 of 4

Date Rcvd: Jul 02, 2026           Form ID: 318           Total Noticed: 60

| | |
|---|---|
| | on behalf of Joint Debtor Celissa Wilson clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | |
| | on behalf of Debtor Coy Wilson clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Roddrick Newhouse | |
| | rn7trustee@gmail.com rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Coy Wilson | Social Security number or ITIN   xxx–xx–3824 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Celissa Wilson | Social Security number or ITIN   xxx–xx–1551 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   26–41239–elm7

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Coy Wilson
dba 360 Roofing

Celissa Wilson

7/1/26

**By the court:**   Edward L. Morris
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                   **Order of Discharge**                   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318      **Order of Discharge**      page 2